<table>
<tr>
<td>DISTRICT COURT, ADAMS COUNTY, COLORADO<br>1100 JUDICIAL CENTER DR.<br>BRIGHTON, CO 80601<br><br>PLAINTIFF: SHEILA JOHNSEN, individually and on behalf of all similarly situated persons,<br><br>v.<br><br>DEFENDANTS: UNLOCK PARTNERSHIP SOLUTIONS INC.; UNLOCK TECHNOLOGIES, INC.; WILMINGTON SAVINGS FUND SOCIETY, FSB, solely in its capacity as Trustee for UNLOCK HEA TRUST 2022-1, UNLOCK HEA TRUST 2023-1, UNLOCK HEA TRUST 2024-1, UNLOCK HEA TRUST 2024-2, UNLOCK HEA TRUST 2025-2, and UNLOCK HEA TRUST 2025-3; U.S. BANK TRUST NATIONAL ASSOCIATION, solely in its capacity as Trustee for UNLOCK LEX RESIDENTIAL INVESTMENTS TRUST 2022-1 and UNLOCK LEX RESIDENTIAL INVESTMENTS TRUST 2022-2.</td>
<td>DATE FILED<br>October 1, 2026 10:55 AM<br>FILING ID: E2B197918B36B<br>CASE NUMBER: 2026CV31955<br><br>Δ COURT USE ONLY Δ</td>
</tr>
<tr>
<td>Attorneys for Plaintiff:<br><br>Rachel Dempsey, Atty Reg. # 57708<br>Caroline Parker, Atty. Reg. # 60358<br>TOWARDS JUSTICE<br>1580 N Logan Street<br>Ste. 660, PMB 44465<br>Denver, CO 80203-1994<br>Telephone: (720) 441-2236<br>rachel@towardsjustice.org<br>caroline@towardsjustice.org<br><br>Adrienne Warrell (pro hac vice forthcoming)<br>Eric Halperin (pro hac vice forthcoming)<br>Cara Petersen (pro hac vice forthcoming)<br>HALPERIN PETERSEN & MIKKILINENI LLP<br>1025 Connecticut Ave. NW, Suite 717<br>Washington, DC 20036<br>Telephone: (202) 987-3719<br>adrienne@hpmjustice.com</td>
<td>Case Number:<br><br>Ctrm/Div:</td>
</tr>
</table>

# DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT

1. **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.** It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. **Check one of the following:**

☐ This case is governed by C.R.C.P. 16.1 because:

- The case is not a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*

- A monetary judgment over $100,000 is not sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☒ This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

☒ The case is a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

☐ A monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☐ Another party has previously indicated in a Case Cover Sheet that the simplified procedure under C.R.C.P. 16.1 does not apply to the case.

*NOTE: In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 49 days of the at-issue date. See C.R.C.P. 16.1(e). In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 35 days of the at-issue date. See C.R.C.P. 16.1(d).*

☐ A Stipulation or Notice with respect to C.R.C.P. 16.1 has been separately filed with the Court, indicating:

☐ C.R.C.P. 16.1 applies to this case.

☐ C.R.C.P. 16.1 does not apply to this case.

**3.** ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this
box is optional.)

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

| | |
|---|---|
| October 1, 2026 | *s/Caroline Parker* |
| Date | Caroline Parker |