| | |
|---|---|
| DISTRICT COURT, ADAMS COUNTY, COLORADO<br>1100 JUDICIAL CENTER DR.<br>BRIGHTON, CO 80601<br><br>**PLAINTIFF:** SHEILA JOHNSEN, individually and on behalf of all similarly situated persons,<br><br>**v.**<br><br>**DEFENDANTS:** UNLOCK PARTNERSHIP SOLUTIONS INC.; UNLOCK TECHNOLOGIES, INC.; WILMINGTON SAVINGS FUND SOCIETY, FSB, solely in its capacity as Trustee for UNLOCK HEA TRUST 2022-1, UNLOCK HEA TRUST 2023-1, UNLOCK HEA TRUST 2024-1, UNLOCK HEA TRUST 2024-2, UNLOCK HEA TRUST 2025-2, and UNLOCK HEA TRUST 2025-3; U.S. BANK TRUST NATIONAL ASSOCIATION, solely in its capacity as Trustee for UNLOCK LEX RESIDENTIAL INVESTMENTS TRUST 2022-1 and UNLOCK LEX RESIDENTIAL INVESTMENTS TRUST 2022-2. | DATE FILED<br>October 16, 2026 11:43 AM<br>FILING ID: 98909EC4B6AAD<br>CASE NUMBER: 2026CV31955<br><br>▲ **COURT USE ONLY** ▲<br>Case Number: 2026CV31955<br><br>Division C |

**WAIVER AND ACCEPTANCE OF SERVICE**

I declare under oath that I have been retained to represent Defendants UNLOCK PARTNERSHIP SOLUTIONS INC. and UNLOCK TECHNOLOGIES, INC. in this case, that I have received and accept service of the Summons, a copy of the Class Action Complaint and accompanying Exhibit 1, and the Civil Cover Sheet in this case. I understand the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

**VERIFICATION**

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the 9th____ day of _October,__ ______2026___
(date) (month) (year)

Denver, CO 80202____________________
(city or other location, and state OR country)

| | | |
|---|---|---|
| Matthew C. Arentsen | */s/ Matthew C. Arentsen* | 10/9/26 |
| Printed Name of Defendants' Counsel | Signature of Defendants' Counsel | Date |

| | |
|---|---|
| #45021 | Brownstein Hyatt Farber Schreck, LLP_____ |
| Attorney Registration Number | Law Firm |

| | | |
|---|---|---|
| Denver | CO | 80202 |
| City | State | Zip Code |

| | |
|---|---|
| (303) 223-1100 | marentsen@bhfs.com |
| Phone | Email Address |