# DISTRICT COURT OF COLORADO, COUNTY OF ADAMS

1100 Judicial Center Drive, Brighton, CO 80601

**Plaintiff**
Sheila Johnsen

v.

**Defendant**
U.S. BANK TRUST NATIONAL ASSOCIATION, solely in its capacity as Trustee for UNLOCK LEX RESIDENTIAL INVESTMENTS TRUST 2022-1 and UNLOCK LEX RESIDENTIAL INVESTMENTS TRUST 2022-2; UNLOCK PARTNERSHIP SOLUTIONS INC; UNLOCK TECHNOLOGIES, INC.; WILMINGTON SAVINGS FUND SOCIETY, FSB, solely in its capacity as Trustee for UNLOCK HEA TRUST 2022- 1, UNLOCK HEA TRUST 2023-1, UNLOCK HEA TRUST 2024-1, UNLOCK HEA TRUST 2024-2, UNLOCK HEA TRUST 2025-2, and UNLOCK HEA TRUST 2025-3

## Affidavit of Service

DATE FILED
October 16, 2026 11:43 AM
FILING ID: 98909EC4B6AAD
CASE NUMBER: 2026CV31955

**Case # 2026CV31955**

Received on **10/08/2026 10:11 AM**

I, **Kaylie Nez**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above-mentioned case. I am over the age of 18, and not a party to or otherwise interested in this matter.

On **10/8/2026** at **02:35 PM,** I executed service of a **Summons; Civil Cover Sheet; Class Action Complaint; Exhibit 1 to Complaint** on **U.S. BANK TRUST NATIONAL ASSOCIATION, solely in its capacity as Trustee for UNLOCK LEX RESIDENTIAL INVESTMENTS TRUST 2022-1 and UNLOCK LEX RESIDENTIAL INVESTMENTS TRUST 2022-2** at **7700 E Arapahoe Rd, Ste 220, Centennial, CO 80112.**

**By Registered Agent Service to: Lincoln Nagel - Intake Specialist**

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.
Executed on 10/09/2026 at Elizabeth, CO



**Kaylie Nez, Process Server**

**Work Order Id: 16000350**
**Client Reference: 00028**