# DISTRICT COURT OF COLORADO, COUNTY OF ADAMS

1100 Judicial Center Drive, Brighton, CO 80601

**Plaintiff**

Sheila Johnsen

v.

**Defendant**

UNLOCK PARTNERSHIP SOLUTIONS INC; UNLOCK TECHNOLOGIES, INC.; WILMINGTON SAVINGS FUND SOCIETY, FSB, solely in its capacity as Trustee for UNLOCK HEA TRUST 2022- 1, UNLOCK HEA TRUST 2023-1, UNLOCK HEA TRUST 2024-1, UNLOCK HEA TRUST 2024-2, UNLOCK HEA TRUST 2025-2, and UNLOCK HEA TRUST 2025-3; U.S. BANK TRUST NATIONAL ASSOCIATION, solely in its capacity as Trustee for UNLOCK LEX RESIDENTIAL INVESTMENTS TRUST 2022-1 and UNLOCK LEX RESIDENTIAL INVESTMENTS TRUST 2022-2.

**Affidavit of Service**

DATE FILED
October 16, 2026 11:43 AM
FILING ID: 98909EC4B6AAD
CASE NUMBER: 2026CV31955

**Case # 2026CV31955**

I, __**Selena Cabrera**__, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above-mentioned case. I am over the age of 18, and not a party to or otherwise interested in this matter.

On **10/8/2026** at **02:25 PM (ET),** I executed service of a **Summons; Civil Cover Sheet; Class Action Complaint; Exhibit 1 to Complaint** on **WILMINGTON SAVINGS FUND SOCIETY, FSB, solely in its capacity as Trustee for UNLOCK HEA TRUST 2022- 1, UNLOCK HEA TRUST 2023-1, UNLOCK HEA TRUST 2024-1, UNLOCK HEA TRUST 2024-2, UNLOCK HEA TRUST 2025-2, and UNLOCK HEA TRUST 2025-3** at **500 Delaware Avenue, 11th floor, Wilmington, DE 19801.**

**By Registered Agent Service to: Jacqueline Stryker, Receptionist**

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.
Executed on 10/09/2026 at _Wilmington, Delaware_____________

______________________________

**Selena Cabrera, Process Server**